AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JERIMEE BENNETT<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)      6:15-mj- *1389*<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 29, 2015 _____ in the county of _____ Orange _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B) | Receipt and Possession of Child Pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rod Hyre, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/29/15

_____
*Judge's signature*

City and state:          Orlando, Florida

Gregory J. Kelly, United States Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**

**COUNTY OF ORANGE**

CASE NO. 6:15-mj- *1389*

### AFFIDAVIT

I, Rod Hyre, being duly sworn, do hereby depose and state as follows:

1.      I am currently in my fourteenth year of employment as a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I am currently assigned to the FBI Crimes Against Children/Innocent Images Unit. I have investigated and assisted in the investigation of matters involving possession, receipt, distribution and production of child pornography, and the solicitation and extortion of children to produce sexually explicit images of themselves. I have also investigated and assisted in the investigation of matters involving the online enticement and coercion of children to engage in sexual activity. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251 and 2252A.

2.      This affidavit is submitted in support of a criminal complaint against JERIMEE BENNETT for violations of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B). As set forth in more detail below, I believe there is probable cause that on or about July 29, 2015, in Orange County, Florida, JERIMEE BENNETT, received and possessed child pornography using a means and facility of

interstate commerce and that had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B).

3.    I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

4.    Section 2252A(a)(2) and 2252A(a)(5)(B) prohibits a person from knowingly receiving or possessing any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DETAILS OF THE INVESTIGATION

5.    Through an investigative lead sent to the Orlando FBI, I know that JERIMEE BENNETT (BENNETT) had been linked to an online community of individuals who regularly sent and received child pornography via "Website A" that operated on an anonymous online network, and that on or about February 24, 2015, through March 5,

2

2015, BENNETT knowingly accessed with intent to view child pornography on "Website A" from a computer using an IP address assigned to his residential address.[1]

6.     On July 23, 2015, the Honorable Magistrate Judge Gregory J. Kelly, United States District Court for the Middle District of Florida, issued a search warrant for the search and seizure of specific evidence located at BENNETT's residence.

7.     On July 29, 2015, law enforcement officers executed the search warrant at BENNETT'S residence, and encountered BENNETT.

8.     During a non-custodial interview, BENNETT admitted that he had been accessing, possessing and receiving child pornography over the Internet for the past six years.  BENNETT stated that he initially used UseNet to view and download child pornography images and to read stories about minors engaged in sexual activities.  He stated that he downloaded child pornography from UseNet from 2009 through 2015. BENNETT also admitted that he used the TOR Network, a network that is designed to facilitate anonymous browsing and communications over the internet, to access child pornography websites that were only available to users of the TOR Network that had the web address of the child pornography websites.  BENNETT admitted that he repeatedly accessed "Website A" and downloaded child pornography from that website. BENNETT stated that the last time he had accessed a child pornography website on the TOR Network was two days earlier, or July 27, 2015.  BENNETT admitted that he

---

[1]  The actual name of "Website A" is known to law enforcement.  Disclosure of the name of the site would potentially alert its members to the fact that law enforcement action is being taken against the site and its users, potentially provoking members to notify other members of law enforcement action, flee, and/or destroy evidence.  Accordingly, for purposes of the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified as "Website A."

possessed files of child pornography, including graphics and videos, and that the child pornography images sexually aroused him. He stated that his collection consisted primarily of minor girls, and that he possessed images depicting the sexual abuse of minor girls. BENNETT stated that he knew it was illegal to download and possess child pornography. According to BENNETT, he used TrueCrypt software to encrypt his TOR downloads containing graphics and videos of child pornography, adult pornography and and his financial records.

9. During the execution of the search warrant, a forensic computer examiner conducted a preliminary examination of BENNETT's homemade desktop computer. The examiner noted that BENNETT encrypted his hard drives with TrueCrypt and secured the encryption with two passwords, which BENNETT voluntarily provided to law enforcement. BENNETT also had installed the TOR browser bundle on his computer, affording him anonymous browsing. The examiner located a folder entitled "webcam," and within the folder were graphics and videos containing child pornography.

10. I have viewed several dozen images contained within the "webcam" folder on BENNETT's homemade desktop computer and believe, based on my training and experience, that all of the images contain child pornography, as defined in 18 U.S.C. § 2256. The images depict the oral and vaginal penetration of children between the approximate ages of 4 and 13. Below are three described videos:

        (a)    happy ... avi. – a compilation video showing web cams of naked girls between the approximate ages of 10 to 13 being made to engage in self masturbation of their genitals.

(b)   ..._doglick ... avi. – a video showing a dog licking a prepubescent female's vagina.

(c)   ... 9yo ... - a video showing an adult man engaging in oral and vaginal sex with a prepubescent female who is blindfolded and bound at the legs with rope. During the video of sexual abuse, the child is forced to perform oral sex on a dog.

11.   Based on the above, there is probable cause that on or about July 29, 2015, in Orange County, Florida, in the Middle District of Florida, JERIMEE BENNETT knowingly received and possessed child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B).

Rod Hyre, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this ___ day of July, 2015.

Gregory J. Kelly
United States Magistrate Judge

5

